```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

JOHNNY RUFFIN,                        :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 07-0848-M
                                      :
MICHAEL J. ASTRUE,                    :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's attorney's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) be **GRANTED**, without objection by the Government, and that Plaintiff's attorney, William T. Coplin, Jr., be **AWARDED** a fee of $748.78 for his services before this Court.

DONE this 30th day of March, 2009.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE